IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRADLEY ROBERT LAMB,

    Plaintiff,

vs.                                    CASE NO. 5:11cv85/RS-GRJ

RICK SCOTT and EDWIN G. BUSS,

    Defendants.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 8) and Plaintiff's Objections To The Report And Recommendation (Doc. 9). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The Complaint (Doc. 1) is dismissed pursuant to 28 U.S.C. §1915A for failure to state a claim upon which relief may be granted.

3. Plaintiff's First Amended Complaint (Doc 10) is dismissed because Plaintiff has not complied with the requirements of Fed. R. Civ. P. 15(a)(2).

4. Plaintiff's Motion To Proceed In Forma Pauperis (Doc. 11) is denied as moot. Plaintiff has already paid the filing fee required for this case and has not filed a notice of appeal.

**ORDERED** on April 25, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**