IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRADLEY ROBERT LAMB,

    Plaintiff,

vs.                              CASE NO. 5:11cv85/RS-GRJ

RICK SCOTT and EDWIN G. BUSS,

    Defendants.

_____/

## ORDER

Plaintiff's Motion For Reconsideration (Doc. 16) is **denied**.

**ORDERED** on May 12, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**